UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

---

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                      Plaintiff,

-against-

**KERRY GOR a/k/a KERRY FACCENDA,
KRUPAL GOR, DOMINQUE MICU-STAN and
MARIUS MICU-STAN**, Individually, and as
officers, directors, shareholders and/or principals of
**INROM, INC.** d/b/a TOMMY KEEGAN'S
ALLEY BAR a/k/a TOMMY KEEGAN'S, and
**INROM, INC.** d/b/a TOMMY KEEGAN'S
ALLEY BAR a/k/a TOMMY KEEGAN'S,

                      Defendants.

---

**Notice of Settlement and Administrative Dismissal**

Civil Action No. 2-07-CV-1088-EAS-TPK

**PLEASE TAKE NOTICE THAT** Plaintiff **J & J SPORTS PRODUCTIONS, INC.** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed **May 1, 2008.** The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule

41 of the Federal Rules of Civil Procedure.

Dated: April 3, 2008
Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By:/s/ Wayne D. Lonstein
Wayne D. Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
*Attorneys for Plaintiff*
Office & P.O. Address
1 Terrace Hill: P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500

SO ORDERED this 4th day of April, 2008

**HON. EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following :

Marius Micu-Stan
4983 Abberton Court
Hilliard, OH 43026

via the United States Postal Service on the 3rd day of April, 2008.

/s/ Wayne D. Lonstein